No. 00–6320. PATTERSON v. CURTIS. C. A. 6th Cir. Certiorari denied.

No. 00–6323. MALEKZADEH v. TEXAS TECH UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6326. MORAY v. CRUSE, FIRETAG & BOCK, P. C., ET AL. Ct. App. Ariz. Certiorari denied.

No. 00–6328. MUNIZ ACOSTA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–6334. FIFER v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–6336. HETT v. WADE ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6337. NADAL v. R. P. B. ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6338. FUDGE v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–6340. GRAHAM v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 00–6345. RYAN v. TRANS WORLD AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 00–6357. SAPP v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 00–6358. SANFORD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6365. MAYES v. WARD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–6367. XUANMAI DANG v. PINKINS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6386. OSBORNE v. TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.